IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LASTONIA LEVISTON, | : | |
| | : | Case No.  15-CV-04563 |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| CURTIS JAMES JACKSON, III a/k/a | : | |
| 50 CENT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under the penalty of perjury that on the 10th day of July, 2015, a true and correct copy of the documents listed below has been e-filed with the Court and served on all counsel of record by e-file listed on CM/ECF:

(1)  Defendant's Response In Opposition To (1) Plaintiff's Application For Fees And Costs And (2) Court's Order To Show Cause As To Why Defendant Should Not Be Sanctioned Under Rule 11, with Exhibits 1 – 8;

(2)  Declaration of P. Kent Correll;

(3)  Declaration of Stephanie L. Gase; and

(4)  Declaration of James S. Renard.

CORRELL LAW GROUP

By: _____
P. Kent Correll (PC2609)
250 Park Avenue, 7th Floor
New York, New York 10177
Tel:  (212) 475-3070
Fax:  (212) 475-2378
kent@correlllawgroup.com

Attorney for Defendant